

Ex 1

PG #2

Several minutes go by and C.O. Nerke come & tell me Little & I should talk. So I go to C.O. Little while he's at the desk and say "Excuse me Little could I speak to you for a minute." he says "yes" and points to the entrance to B-Blk stairwell. So I go out there ½ way in between the B1-gate and B-Blk & co. gate. When I turn around I start to say "I never even disrespected you or ever said anything to you." And before I could finish my statement C.O. Little pushes me into B1-gate. Shocked & confused I fall into the gate trying to regain my balance. Upon gaining my balance I shout at Little "What the fuck are you doin." At this time he walks up to me and punches me in my nose, I start bleeding & he immediately after places both his hands on my my neck and start choking me. I'm tryna get free but I cant. I start losing my breath so I start to swing & claw at his face. We stumble back into the console. Like 8 C.O.'s who were sitting at the desk, Ross, Resatt, Greene, Greene, Nerke & Stoudamire [that I recall] rush me and restrain...

F G S

While I'm on the ground NOT resisting C.O. Little starts kicking me in my shoulder & back bottom to top while he curses me. He then stops & come around front & bend down punches me in the face then he starts kicking me in my face.

I recieved 16 stitches, 6 for one cut over my left eye 10 over the other over my right eye. A fractured & bloody nose, contusion to my right eye, swollen whole right side of my face, bruised ribs, cuts, burns, my back and shoulder are causing me serious excruciating pain. I have problems breathing, sneezing, stretching. I have to roll on my side to get out of bed and back into bed. I have to sleep on my back cause its too painful to turn. I have cuts on my head still fresh from blood. I can't see well out my right eye cause of the swelling. When I went to medical they only stitched me up and cleaned blood off my face. No medical attention for my other injuries nose etc... I was going in and out of consciousness so they kept me over night. I'm having problems with my back

Pg #4

All this in violation of my 8 & 14 US Const. Right & Farmer v. Brennan & Wolf v. McDonnell Estelle v. Gamble denial of med attention.

Actions Requested:

1. A thorough investigation be conducted, I be interviewed & allowed to present witnesses & evidence

. I be awarded $600,000 in compensatory damages, $600,000 in punitive damages from each C.O. listed

. My name & record be cleared & I hold the position i.e. SHU/Keeplock & status I held prior this incident.

. this grievance be # a Assault by Staff against inmate & not harassment to stay in keeplock.   Wright, C.
Date: 2-28-06                                                                                        00A5789/B1-11

INMATE __WRIGHT, C.__   DIN __00A5789__

| | | |
|---|---|---|
| **STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES** *INMATE GRIEVANCE PROGRAM* **GARY GREENE SUPERINTENDENT** | GRIEVANCE NO.# **40204-06** FACILITY **GREAT MEADOW CORRECTIONAL** TITLE OF GRIEVANCE **HARASSMENT** SUPERINTENDENT'S SIGNATURE *[signed]* | DATE FILED **3/8/06** POLICY DESIGNATION INSTITUTIONAL /DEPARTMENTAL CLASS CODE **49** DATE **April 11th, 2006** |

This grievance has been referred to the office of the Inspector General for investigation.

---

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have four (4) working days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

_____   _____
GRIEVANT'S SIGNATURE          DATE

_____   _____
GRIEVANCE CLERKS SIGNATURE    DATE

FORM 2133
SEC

Ex 2

| | STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES | Grievance Number<br>GM-40204-06 | Desig./Code<br>I/49 | Date Filed<br>3/8/06 |
|---|---|---|---|---|
| | | Facility<br>Great Meadow Correctional Facility | | |
| **INMATE GRIEVANCE PROGRAM**<br>**CENTRAL OFFICE REVIEW COMMITTEE** | | Title of Grievance<br>Assaulted By Staff | | |
| | | Director's Signature *[signature]* | | Date<br>4/26/06 |

4/26/06

### GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

jh/tk

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

Ex 3